IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BROADCAST MUSIC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **SEVEN ARCH, INC. d/b/a Brave** | : | |
| **New World and ROBERT BYNUM** | : | **NO. 02-3829** |

### O R D E R

**AND NOW,** this         day of January, 2003, consistent with the written stipulation of the parties submitted on January 15, 2003 and with Fed. R. Civ. P. 41(a), **IT IS HEREBY ORDERED** that the above action is **DISMISSED** with prejudice and without costs.

BY THE COURT:

_____
**JAY C. WALDMAN, J.**